# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA

**RENO JACKSON,**

    **Plaintiff,**

**v.**                                **CIVIL ACTION NO. 1:22-CV-106**
                                                       **(KLEEH)**

**DANIEL T. GRAFTON and**
**KELLI GRAFTON,**

    **Defendants.**

## DISMISSAL ORDER

On November 21, 2022, the Court was notified that the above-referenced civil action settled. For that reason, this matter is hereby **DISMISSED WITH PREJUDICE** and is stricken from the docket of the Court, subject to reopening on motion of any party, and for good cause shown, within 90 days of this Order.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED.**

The Clerk is **DIRECTED** to forward a copy of this Order to all counsel of record via the CM/ECF notification system.

**DATED:** November 22, 2022

                                                  /s/ Tom S. Kleeh
                                                  THOMAS S. KLEEH, CHIEF JUDGE
                                                  NORTHERN DISTRICT OF WEST VIRGINIA